**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1738

EVELINA R. CAVETT,

Plaintiff - Appellant,

versus

DONALD H. RUMSFELD, Secretary, Department of
Defense,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Fox, Senior
District Judge.  (7:05-cv-00109-F)

Submitted:  January 25, 2007        Decided:  January 29, 2007

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ernest J. Wright, WRIGHT LAW FIRM, Jacksonville, North Carolina,
for Appellant.  George E.B. Holding, United States Attorney, Anne
M. Hayes, Steve R. Matheny, Assistant United States Attorneys,
Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Evelina R. Cavett appeals the district court's order granting summary judgment in favor of Donald H. Rumsfeld, Secretary of Defense, on Cavett's claims of race, color and national origin, hostile work environment, harassment and discriminatory refusal to rehire, claims brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cavett v. Rumsfeld, No. 7:05-cv-00109-F (E.D.N.C. May 25, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED